ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witness, Juana NUNEZ-Figueroa

FILED

2007 APR -5  AM 10: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN FERMIN OLIVA-MUNOZ,<br><br>    Defendant. | Criminal Case No.: 07CR0545<br>Magistrate Case No: 07MJ0379<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

### ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Juana NUNEZ-Figueroa is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Ernesto Acevedo**
**732 Ruth Drive**
**Newbury Park, CA 91320**

Dated: 4/4/07

_____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness